UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X     NOTICE OF APPEAL
BRAHM FOODS, INC.,
                                 Petitioner

-against-

DR ASIAN PRODUCE, INC.,
                                 Respondent
---------------------------------------------------------------X

      Notice is hereby given that Brahm Foods, Inc., petitioner in an action before the United States Department of Agriculture, hereby appeals to the United States District Court, Eastern District of New York, from the order of the Secretary of Agriculture in the matter of <u>DR Asian Produce, Inc., v. Brham Foods, Inc.</u>, PACA Docket No. E-R-2018-086, dated November 7, 2019, by Bobbie J. McCartney, Judicial Officer, a copy of which is annexed hereto and made part hereof as an Exhibit.

Dated:  New York, New York
         January 2, 2020

/s/ Vivek Suri
Vivek Suri, Esq.